BELL *et al. v.* BELL.

GRICE, Justice.  1. The attack, made for the first time in the bill of exceptions, that the decision excepted to was void because its effect was to deprive the plaintiffs in error of vested contract and property rights, privileges, and immunities and therefore in violation of paragraph 5 of section 1 of article 12 of the constitution of this State, is not sufficient to give this court jurisdiction of the writ of error.  Paragraph 5 of section 2 of article 6 of the constitution; *Felker* v. *Still,* 176 *Ga.* 735 (169 S. E. 15); *Silas* v. *State,* 181 *Ga.* 744 (184 S. E. 318); *Bentley* v. *Anderson-McGriff Hardware Co.,* 181 *Ga.* 813 (184 S. E. 297); *Forrester* v. *Lowe,* 192 *Ga.* 469, 477 (15 S. E. 2d, 719).

2. The same paragraph requires that any case carried to this court which belongs to the class of which the Court of Appeals has jurisdiction shall be transferred thereto.  Paragraph 9 of the same section of the constitution declares that the Court of Appeals shall have jurisdiction in all cases in which such jurisdiction has not been conferred upon the Supreme Court.  The case is therefore transferred to the Court of Appeals.

3. In so transferring the case this court does not adjudicate whether or not the exception involved is such a justiciable question as is reviewable by the Court of Appeals.  That court, and not this court, has jurisdiction to determine that question, together with any other issue which may properly arise under the record.

> *Transferred to the Court of Appeals.  All the Justices concur.*

No. 13993.  JANUARY 13, 1942.

292

O. N. *Singleton,* J. L. *Barwick,* C. V. *Whiddon,* and *Joseph M. Love,* for plaintiffs.

*John A. Boykin, solicitor-general, William E. Spence, E. A. Stephens,* and *Durwood T. Pye,* for defendant.